UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
In re                                                          :
                                                               :   Case No. 20-12941 (JLG)
                                                               :
VTES, Inc., *et al.*                                           :   CHAPTER 11
                                                               :   (Sub-Chapter V)
                                                               :
Debtors.                                                       :   Joint Administration Pending
---------------------------------------------------------------x

## NOTICE OF APPOINTMENT OF SUBCHAPTER V TRUSTEE

Pursuant to 11 U.S.C. § 1183(a), the United States Trustee has appointed the following qualified individual as Subchapter V trustee in the above-captioned case:

Nat Wasserstein, Esq.
Lindenwood Associates, LLC

328 North Broadway, 2nd Floor
Upper Nyack, NY 10960

Telephone: (845) 398-9825 Telecopy: (212) 208-4436
Email: nat@lindenwoodassociates.com

The trustee's verified statement of disinterestedness and anticipated rate of compensation is attached to this notice.

Date: December 28, 2020

        William K. Harrington
        United States Trustee for Region 2
        U.S. Department of Justice
        Office of the United States Trustee
        201 Varick Street, Room 1006
        New York, New York 10014

By:   */s/ Brian S. Masumoto*
       Brian S. Masumoto
       Trial Attorney

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

In re : 
 : Case No. 20-12941 (JLG)
 : 
VTES, Inc., *et al.* : CHAPTER 11
 : (Sub-Chapter V)
 : 
Debtor. : 

---

**VERIFIED STATEMENT OF SUBCHAPTER V TRUSTEE**

In connection with the United States Trustee's Notice of Appointment of me as Subchapter V trustee in this proceeding, I hereby verify that I am a "disinterested person" as defined by 11 U.S.C. §101(14) in that I:

(a) am not a creditor, equity security holder or insider of the debtor;

(b) am not, and was not, within two years before the date of filing of the petition, a director, officer, or employee of the debtor; and

(c) do not have an interest materially adverse to the interest of the estate or of any class of creditors or equity security holders, by reason of any direct or indirect relationship to, connection with, or interest in, the debtor, or for any other reason.

Subject to court approval pursuant to 11 U.S.C. § 330, I anticipate seeking compensation for my service in this case at an hourly rate of $475 in addition to seeking reimbursement for any actual and necessary expenses I incur.

I hereby accept my appointment as subchapter V trustee in this case pursuant to FRBP 2008.

Dated: December 28, 2020

_____
Nat Wasserstein