**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

```
------------------------------------------------------------X
                                                            :
In re:                                                      :   Chapter 11
                                                            :   (Subchapter V)
VTES, INC., et al.,                                         :
                                                            :   Case No. 20-12941 (JLG)
                    Debtors.¹                               :
                                                            :   (Jointly Administered)
------------------------------------------------------------X
```

## AFFIDAVIT OF SERVICE

I, James Nguyen-Phan, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On March 1, 2021, at my direction and under my supervision, employees of Stretto caused the following documents to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Notice of (I) Entry of Order Confirming Debtors' Third Amended Chapter 11 Plan of VTES, Inc. et al., Under Subchapter V of Chapter 11 of the Bankruptcy Code; and (II) Occurrence of the Effective Date with Respect to the Chapter 11 Plan** (Docket No. 133)

- **Notice of Estimated Fees and Expenses for Harvey H. Rosen, Esq., as Corporate Counsel for the Debtors, Incurred from the Petition Date Through the Plan Effective Date** (Docket No. 134)

[SPACE INTENTIONALLY LEFT BLANK]

---

[1] The Debtors in these Chapter 11 Cases are VTES, Inc., Savari, Inc., and Savari Systems Pvt. Ltd. The last four digits of VTES, Inc. and Savari's federal tax identification numbers are 3188 and 9745, respectively. The last four digits of Savari Systems Pvt. Ltd. registration number are 8251. The Debtors' mailing address is 2005 De La Cruz Boulevard, Suite 111, Santa Clara, California 95050.

Furthermore, on March 1, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit C**:

- **Notice of (I) Entry of Order Confirming Debtors' Third Amended Chapter 11 Plan of VTES, Inc. et al., Under Subchapter V of Chapter 11 of the Bankruptcy Code; and (II) Occurrence of the Effective Date with Respect to the Chapter 11 Plan** (Docket No. 133)

Dated: March 3, 2021

James Nguyen-Phan

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Orange

Subscribed and sworn to (or affirmed) before me on this 3rd day of March, 2021, by James Nguyen-Phan, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

# **Exhibit A**



Exhibit A
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ALLY | Attn: ALLY Payment Processing Center | PO Box 78234 | | Phoenix | AZ | 85062-8234 | |
| American Express National Bank | c/o Becket & Lee LLP | PO Box 3001 | | Malvern | PA | 19355 | |
| Arboretum II LLC | Attn: John Kuriakuz, Accounts Receivable | 34505 West Twelve Mile Road | Suite 151 | Farmington Hills | MI | 48331 | |
| Arboretum II LLC | c/o Friedman Real Estate Management | Attn: Megan Odell | 34975 West Twelve Mile Road | Farmington Hills | MI | 48331 | |
| Armanino LLP | | 50 West San Fernando Street | Suite 500 | San Jose | CA | 95113-2438 | |
| Armanino LLP | Attn: Diana Namauleg | PO Box 398285 | | San Francisco | CA | 94139-8285 | |
| Bank of America, NA | | 222 Broadway | | New York | NY | 10038 | |
| California Department of Tax & Fee Administration | | PO Box 942879 | | Sacramento | CA | 94279-0029 | |
| California Franchise Tax Board | | PO Box 9242857 | | Sacramento | CA | 94240-0002 | |
| California State Board of Equalization | | 450 N Street, Mic:121 | | Sacramento | CA | 94279-0121 | |
| California State Board of Equalization | Attn: California Department of Tax and Fee Administration | PO Box 942879 | | Sacramento | CA | 94279-3535 | |
| CitiBank India | | 5, Mahatma Gandhi Rd | Yellappa Garden, Yellappa Chetty Layout, Sivanchetti Gardens | Bengaluru | | 560001 | India |
| CitiBusiness Card | | PO Box 78045 | | Phoenix | AZ | 85062-8045 | |
| Datasite LLC (formerly Merrill Communications LLC) | Attn: Leif Simpson | PO Box 74007252 | | Chicago | IL | 60674-7252 | |
| Fish & Richardson P.C. | | 500 Arguello Street | Suite 500 | Redwood City | CA | 94063-1526 | |
| Fish & Richardson P.C. | Attn: Brian Lease | PO Box 3295 | | Boston | MA | 02241-3295 | |
| Flextronics Automotive Sales and Marketing Ltd. | c/o Richard G. Hardy | 1660 West 2d Street | Suite 1100 | Cleveland | OH | 44113 | |
| Flextronics International USA, Inc. | c/o Ulmer & Berne LLP | 1660 W. 2nd St. Ste 1110 | | San Jose | CA | 95002 | |
| Harman Becker Automotive Systems, Inc | c/o Harman International Industries, Incorporated | Attn: Michelle Taigman, Bill Casey | 400 Atlantic Street | Stamford | CT | 06901 | |
| Harman Becker Automotive Systems, Inc. and Certain of its Affiliates | c/o Wiggin & Dana LLP | Attn: Michael L. Kenny Jr. & Andrew Ritter | 437 Madison Ave., 35th Fl | New York | NY | 10022 | |
| Harvey H. Rosen, Esq.  A Professional  Corporation | | 4265 Marina City Dr. | Unit 1117 | Marina Del Rey | CA | 90292-5801 | |
| ICICI Bank | | 273, 15th Cross | 20th Main, JP Nagar 5th Phase | Bangalore | | 560078 | India |
| Internal Revenue Service | | 2970 Market Street | Mail Stop 5-Q30.133 | Philadelphia | PA | 19104-5016 | |
| Internal Revenue Service | Attn: Bankruptcy Division | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Jinan ShengAn Information Technology Co. | | Room 2204 | Aosheng Building 3, Xinluo Street 1166 | Jinan Shandong Province | | 250101 | China |
| Ministry of Finance Government of India, Income Tax Department | | Prestige Alpha No 48/1 48/2 1st Floor | Beratenaagrahara Begur Hobli, Hosur Rd Karnataka | Bengaluru | | 560 100 | India |
| New York Department of State | Attn: Secretary of State | One Commerce Plaza | 99 Washington Ave | Albany | NY | 12231-0001 | |
| NYC Dept. of Finance | Attn: Legal Affairs | 345 Adams Street, 3rd Fl. | | Brooklyn | NY | 11201 | |
| NYS Dept. Taxation & Finance | Attn: Bankruptcy/Special Procedures Section | PO Box 5300 | | Albany | NY | 12205-0300 | |
| NYS Unemployment Insurance Fund | | PO Box 551 | | Albany | NY | 12201 | |
| O'Melveny & Myers LLP | Attn: Brian Covotta | Accounts Receivable | PO Box 894436 | Los Angeles | CA | 90189-4436 | |
| Pathi Mohan - HUF | | No.1637 30th Cross | BSK II stage | Bangalore | | 560 070 | India |
| Raymond James & Associates, Inc. | Attn: Amar Krishnamurti | Treasury /ECM-RMB | PO Box 23603 | St. Petersburg | FL | 33742 | |
| Silicon Valley Bank | Attn: Tyler Dietrich & Greg Singer | 2400 Hanover St | | Palo Alto | CA | 94304 | |
| Silicon Valley Bank | c.o Morrison & Foerster LLP | Attn: Alex Rheaume | 200 Clarendon Street, 20th Floor | Boston | MA | 02116 | |
| Silicon Valley Bank | c/o Morrison & Foerster LLP | Attn: Benjamin W. Butterfield | 250 West 55th Street | New York | NY | 10019 | |
| State of California | Attn: Office of the Attorney General | PO Box 944255 | | Sacramento | CA | 94244-2550 | |

In re: VTES, INC., et. al.
Case No. 20-12941 (JLG)



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| State of California | Attn: Secretary of State | 1500 11Th St. | | Sacramento | CA | 95814 | |
| State of New York | Attn: Office of the Attorney General | The Capitol | | Albany | NY | 12224 | |
| Subchapter V Trustee | c/o Lindenwood Associates LLC | Attn: Nat Wasserstein | 328 N Broadway, 2nd Floor | Upper Nyack | NY | 10960 | |
| TSMT Consulting Private Limited | | No.4/02 15th Cross | South End, 2nd Block Jayanagar | Bangalore | | 560011 | India |
| U.S. Securities & Exchange Commission | Attn: Office of Reorganization | 950 East Paces Ferry Road NE | Suite 900 | Atlanta | GA | 30326-1382 | |
| U.S. Securities & Exchange Commission | New York Regional Office | 200 Vesey Street Suite 400 | Brookfield Place | New York | NY | 10281-1022 | |
| United States Attorney's Office Southern District of New York | Attn: Tax & Bankruptcy Unit | 86 Chambers Street, Third Floor | | New York | NY | 10007 | |
| United States Department of the Treasury | | 324 25th Street | | Ogden | UT | 84201 | |
| United States Trustee | Attn: Brian S. Masumoto | Office of the United States Trustee, Region 2 | 201 Varick Street, Suite 1006 | New York | NY | 10014 | |
| US Small Business Administration | | 455 Market St., Ste 600 | | San Francisco | CA | 94105 | |
| Vectis Law Group | Attn: Patrick Costello | 1900 S. Norfolk Street | Suite 350 | San Mateo | CA | 94403 | |
| Wenham Carter International | Attn: Charlotte Akehurst | Tower Point | 44 North Rd. | Brighton | East Sussex | BN11YR | United Kingdom |

In re: VTES, INC., et. al.
Case No. 20-12941 (JLG)

Page 2 of 2

# **<u>Exhibit B</u>**



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Arboretum II LLC | Attn: John Kuriakuz | Accounts Receivable | John.Kuriakuz@freg.com |
| Armanino LLP | Attn: Diana Namauleg | | Diana.Namauleg@amllp.com |
| Datasite LLC (formerly Merrill Communications LLC) | Attn: Leif Simpson | | Leif.Simpson@datasite.com |
| Fish & Richardson P.C. | | | Greenwald-Swire@fr.com |
| Fish & Richardson P.C. | Attn: Brian Lease | | lease@fr.com |
| Flextronics Automotive Sales and Marketing Ltd. | c/o Richard G. Hardy | | rhardy@ulmer.com |
| Flextronics International USA, Inc. | c/o Ulmer & Berne LLP | | rhardy@ulmer.com |
| Harman Becker Automotive Systems, Inc. and Certain of its Affiliates | c/o Wiggin & Dana LLP | Attn: Michael L. Kenny Jr. & Andrew Ritter | mkenny@wiggin.com aritter@wiggin.com |
| Harvey H. Rosen, Esq.  A Professional Corporation | | | hhr.law@gmail.com |
| Jinan ShengAn Information Technology Co. | | | sxh@cnfido.com |
| Ministry of Finance Government of India | Income Tax Department | | webmanager@incometax.gov.in |
| O'Melveny & Myers LLP | Attn: Brian Covotta | Accounts Receivable | aantonio@omm.com |
| Pathi Mohan - HUF | | | premagardenia@gmail.com |
| Raymond James & Associates, Inc. | Attn: Amar Krishnamurti | Treasury /ECM-RMB | ECMBilling@RaymondJames.com |
| Silicon Valley Bank | Attn: Tyler Dietrich & Greg Singer | | gsinger@svb.com |
| Silicon Valley Bank | c.o Morrison & Foerster LLP | Attn: Alex Rheaume | arheaume@mofo.com |
| Silicon Valley Bank | c/o Morrison & Foerster LLP | Attn: Benjamin W. Butterfield | BButterfield@mofo.com |
| Subchapter V Trustee | c/o Lindenwood Associates LLC | Attn: Nat Wasserstein | nat@lindenwoodassociates.com |
| TSMT Consulting Private Limited | | | accounts@tsmtconsulting.com |
| U.S. Securities & Exchange Commission | New York Regional Office | | NYROBankruptcy@SEC.GOV |
| United States Trustee | Attn: Brian S. Masumoto | | brian.masumoto@usdoj.gov |
| Vectis Law Group | Attn: Patrick Costello | | pcostello@vectislawgroup.com |
| Wenham Carter International | Attn: Charlotte Akehurst | | Creditcontrol@wenhamcarter.com |

In re: VTES, INC., et. al.
Case No. 20-12941 (JLG)

Page 1 of 1

# **Exhibit C**



Exhibit C
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Aadishri Gujjanadu Surya Prakash | | Address Redacted | | | | | |
| Advanced Automotive Antennas, S.L { Ficosa} | | Gran Via Carlos III no 98 | Planta 5 08028 | Barcelona | | 08028 | Spain |
| American Express National Bank | c/o Becket and Lee LLP | PO Box 3001 | | Malvern | PA | 19355-0701 | |
| Annalakshmi Rengasamy | | Address Redacted | | | | | |
| Annalakshmi Rengasamy | D/O P. Rengasamy | Address Redacted | | | | | |
| Arboretum II LLC | c/o Friedman Real Estate Management | Attn: Megan Odell | 34975 West Twelve Mile Road | Farmington Hills | MI | 48331 | |
| Arul Raj | | Address Redacted | | | | | |
| Arul Raj | | Address Redacted | | | | | |
| Aruna Vorkady Shankaranarayana | | Address Redacted | | | | | |
| Ashok Konanki | | Address Redacted | | | | | |
| Aswani Edavana | | Address Redacted | | | | | |
| Aviva Group Holdings Limited | | St. Helen's | 1 Undershaft | London | | EC3P 3DQ | United Kingdom |
| Basavaraj Krishnappanavar | | Address Redacted | | | | | |
| Basavaraj Krishnappanavar | | Address Redacted | | | | | |
| Beijing Forlasting Technology Co., Ltd. | | Rm 2106 Science & Technology | Mansion, No.9, Zhongguancun South Street, Haidian District | Beijing | | | China |
| Bhagya Lakshmi Gaddam | | Address Redacted | | | | | |
| Bharti Airtel Ltd | | Divyshree Twr Bannerghatta | Main Rd BTM Layout | Bangalore | | 560029 | India |
| Bhaskara Annayappa | | Address Redacted | | | | | |
| Bolisetty Yeswanth Naga Prasanna Kumar | | Address Redacted | | | | | |
| BSNL Bangalore Telephone House | | CTO Complex Bengaluru | Karnataka | Bangalore | | 560001 | India |
| Bushra Ghazal | | Address Redacted | | | | | |
| Bushra Ghazal | | Address Redacted | | | | | |
| Chaitra Shankar | | Address Redacted | | | | | |
| Continental Automotive Systems | Attn: Katrin Schloth & Scott Beutler | Address Redacted | | | | | |
| Datasite LLC | Attn: Leif Simpson | 733 Marquette Avenue | Suite 600 | Minneapolis | MN | 55402 | |
| Delta Electronics Capital Company | | 3F, 99, Ruihu Street | Neihu | Taipei | | 11494 | Taiwan, R.O.C |
| Derril D'souza | | Address Redacted | | | | | |
| Derril D'Souza | | Address Redacted | | | | | |
| Dharmendra Kumar Singh | | Address Redacted | | | | | |
| Dineshkumar Parameswaran | | Address Redacted | | | | | |
| Doberman Security Solutions Pvt. Ltd. | | No. 191 AICBOO Nagar | 9th Main 2nd Cross, BTM Layout II Stage | Bangalore | | 560076 | India |
| Faroog Ibrahim | | Address Redacted | | | | | |
| Federal Highway Administration | Attn: Amalia Rodezno & Jonathan Walker | Office of Acquisition and Grant Management | 1200 New Jersey Avenue, SE | Washington | DC | 20590 | |
| Fiaz Ahmed Kazi | | Address Redacted | | | | | |
| Flextronics Automotive Sales & Marketing Ltd. | | 6201 America Center Dr. | | Alviso | CA | 95002 | |
| Flextronics Automotive Sales and Marketing Ltd. | c/o Flex | Attn: Melissa Zujkowski | 6201 America Center Drive | San Jose | CA | 95002 | |
| Flextronics Automotive Sales and Marketing Ltd. | c/o Ulmer & Berne, LLP | Attn: Reuel Ash | 600 Vine Street, Suite 2800 | Cincinnati | OH | 45202 | |
| Flextronics International USA, Inc. (Convertible Debt) | Attn: Nicole Stevenson | 600 Vine Street | Suite 2800 | Cincinnati | OH | 45202 | |
| Ford Motor Company | Attn: Lani Adams & Matt Duffy | 1 American Road | | Dearborn | | MI | 48126 |

In re: VTES, INC., et. al.
Case No. 20-12941 (JLG)

Page 1 of 4

**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Gaurav Ramkrushna Bagde | | Address Redacted | | | | | |
| Gautam Kumar | | Address Redacted | | | | | |
| Gautam Kumar | | Address Redacted | | | | | |
| General Motors Ventures LLC | Attn: Stefon Crawford | 30470 Harley Earl Blvd | | Warren | MI | 48092 | |
| General Motors Ventures LLC | Attn: Stefon Crawford | 30470 Harley Earl Blvd. | Mail Code 480-106-RA1 | Warren | MI | 48092 | |
| Girish Ramesh Rayas | | Address Redacted | | | | | |
| Hareesh Kumar Raju Addepalliba | | Address Redacted | | | | | |
| Hareesh Kumar Raju Addepallibalaraju | s/o A B Chinna Reddeiah Raju | 16/2, Yarrapapireddigari Palli, Gadikota | YSR District | Veeraballe | Andhra Pradesh | 516268 | India |
| Harshawardhan Vipat | | Address Redacted | | | | | |
| Huizhou Desay SV Automotive Co., Ltd. | | 103, Hechang 5th Road West | Zhongkai National Hi-Tech Industrial, Development Zone | Huizhou, Guangdong | | 516006 | P.R. China |
| Integral Blue | | 25181 Dequindre Road | | Madison Heights | MI | 48071 | |
| Jack Wong | | Address Redacted | | | | | |
| Jacob Harel | | Address Redacted | | | | | |
| Jacob Harel | c/o Savari Inc. | Address Redacted | | | | | |
| Jashitha KP | | Address Redacted | | | | | |
| Jashitha Kunhi Parambath | | Address Redacted | | | | | |
| Jinan ShengAn Information Technology Co. | | Room 2204 | Aosheng Building 3, Xinluo Street 1166 | Jinan Shandong Province | | 250101 | China |
| Joe Pullin | | Address Redacted | | | | | |
| Kamal Kumar Mukiri | | Address Redacted | | | | | |
| Kirubasankar Madhaiyan | | Address Redacted | | | | | |
| Law Assist | Attn: Ranganath Poornima | No.187, 2nd Floor, 37th Cross | 18th Main, 4th T Block, Jayanagar | Bangalore | | 560041 | India |
| Lynette Mandal | | Address Redacted | | | | | |
| Manasa Dosapati | | Address Redacted | | | | | |
| Manasa Dosapati | | Address Redacted | | | | | |
| Manjula M | | Address Redacted | | | | | |
| Manjunatha BM | | Address Redacted | | | | | |
| Manjunatha BM | | Address Redacted | | | | | |
| Marsh Electronics, Inc. | | 1563 South 101st St. | | Milwaukee | WI | 53214-0608 | |
| Maulikbhai D. Patel | | Address Redacted | | | | | |
| Michael J. Williams, Esq. | | Address Redacted | | | | | |
| Mohammed Mustafa Kazia | | Address Redacted | | | | | |
| Mohd Arshad Khan | | Address Redacted | | | | | |
| Nagadevendra Chenikkayala | | Address Redacted | | | | | |
| Nagamothu Ravi Teja | c/o Nagamothu Bhasker Rao | Address Redacted | | | | | |
| Nandimandalam Siva Theja Reddy | | Address Redacted | | | | | |
| Navin Chandra Rao Katta | | Address Redacted | | | | | |
| New York City Department of Transportation | Attn: Mohamad Talas | 34-02 Queens Blvd | | Long Island City | NY | 11101 | |
| Nikhil Anant Manohar | | Address Redacted | | | | | |
| Nokia Solutions & Networks Oy | Attn: Accounts Receivable | 300 Atrium Drive | Ste 402 | Somerset | NJ | 08873 | |
| Oklahoma State University | | 1801 E. 4th St. | | Okmulgee | OK | 74447 | |

In re: VTES, INC., et. al.
Case No. 20-12941 (JLG)

Page 2 of 4

**STRETTO**

Exhibit C
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| OnBoard Security, Inc. | | 90 Central St Ste 1 | | Boxborough | MA | 01719-1252 | |
| OSS Nokalva, Inc | Attn: Accounts Receivable | 300 Atrium Drive | Ste 402 | Somerset | NJ | 08873 | |
| Pallavi Mullakuri | | Address Redacted | | | | | |
| Pallavi Mullakuri | w/o Rasineni Satheesh | Address Redacted | | | | | |
| Pathi Mohan, Sangeetha Mohan, Balakrishna Pathi & Skanda Pathi | | PREMA No. 1637 | 30th Cross, BSK 2nd Stage | Bangalore | | 560070 | India |
| Paul M Sakamoto | | Address Redacted | | | | | |
| Pavankumar Boyapati | | Address Redacted | | | | | |
| Pavankumar Boyapati | s/o Narayana | Address Redacted | | | | | |
| Phuong Quach | | Address Redacted | | | | | |
| Poornima Pavan Vittaladevaram | | Address Redacted | | | | | |
| Prabhavathi Bhaskar | | Address Redacted | | | | | |
| Pradeep Anbumani | | Address Redacted | | | | | |
| Prasanna Kumar Bolisetty Yeswa | | Address Redacted | | | | | |
| Prasanth Chenikala | | Address Redacted | | | | | |
| Prasanth Chenikala | | Address Redacted | | | | | |
| Puneet Kumar Sharma | | Address Redacted | | | | | |
| Puneet Kumar Sharma | A3-103, SNN Raj Serenity | Address Redacted | | | | | |
| Puvvala-Mahankali Trust Created on April 20, 2011 | | Address Redacted | | | | | |
| Qualcomm Incorporated | Attn: Helena Yao & Jim Misener | 5751 Pacific Center Blvd. | | San Diego | CA | 92121 | |
| Qualcomm Technologies, Inc. | Attn: Helena Yao & Jim Misener | 5751 Pacific Center Blvd. | | San Diego | CA | 92121 | |
| Rajasri Venkatachalam Kanthava | | Address Redacted | | | | | |
| Ramana Reddy Kodakandla | | Address Redacted | | | | | |
| Ramana Reddy Kodakandla | | Address Redacted | | | | | |
| Ramesh Babu Arepalli | | Address Redacted | | | | | |
| Ramesh Babu Arepalli | s/o A Venkateswara Rao | Address Redacted | | | | | |
| Ravi Puvvala | Savari Inc | Address Redacted | | | | | |
| Ravi Tej Kollapuram | | Address Redacted | | | | | |
| Ravi Teja Nagamothu | | Address Redacted | | | | | |
| Ravitej Kollapuram | | Address Redacted | | | | | |
| Raymond James & Associates, Inc. | Attn: Amar Krishnamurti | 277 Park Avenue | | New York | NY | 10172 | |
| Raymond James & Associates, Inc. | Attn: Temple Ahern | 880 Carillon Parkway | | St. Petersburg | FL | 33716 | |
| Raymond James & Associates, Inc. | c/o Dentons US LLP | Attn: David F. Cook, Esquire | 1900 K Street NW | Washington | DC | 20006 | |
| Raymond James & Associates, Inc. | c/o Dentons US LLP | Atttn: Oscar N. Pinkas, Esquire | 1221 Avenue of the Americ | New York | NY | 10020 | |
| Richard A. Fagin | | De La Cruz Office Center | 2005 De La Cruz Blvd. Ste 174 | Santa Clara | CA | 95050 | |
| Rishu Jain | | Address Redacted | | | | | |
| SAIC Technologies Fund I, LLC | | 2882 Sandhill Road #118 | | Menlo Park | CA | 94025 | |
| Sasidhar Somipalli | | Address Redacted | | | | | |
| Sathishkumar Arul | | Address Redacted | | | | | |
| Saurabh Kashyap | | Address Redacted | | | | | |
| Sean W Mooney | | Address Redacted | | | | | |
| Sean William Mooney | | Address Redacted | | | | | |
| Shahul Hameed Abubakkar | | Address Redacted | | | | | |
| Shreekanth Betarayappa | | Address Redacted | | | | | |

In re: VTES, INC., et. al.
Case No. 20-12941 (JLG)

Page 3 of 4



**Exhibit C**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| Silicon Valley Bank | Sydney MacGregor | 505 Howard Street | | | CA | 94105 | |
| Sivatheja Reddy Nandimandalam | | Address Redacted | | | | | |
| Southwest Research Institute | Attn: Accounts Receivable | 6220 Culebra Road | | San Antonio | TX | 78238-5166 | |
| Spencer Rosen | | Address Redacted | | | | | |
| Sravan Kumar Gandavaram | | Address Redacted | | | | | |
| Sravani Thammineni | | Address Redacted | | | | | |
| Sravani Thammineni | | Address Redacted | | | | | |
| Sridhar Udipi Badkillaya | | Address Redacted | | | | | |
| Sridhar Udipi Badkillaya | | Address Redacted | | | | | |
| Sridhar Vellenki Reddy | | Address Redacted | | | | | |
| Srinivasan Venkatswamy | | Address Redacted | | | | | |
| Sudheesh KT | | Address Redacted | | | | | |
| Sulaiman Usmani | | Address Redacted | | | | | |
| Sulaiman Usmani | | Address Redacted | | | | | |
| Sunil Sheshachala | | Address Redacted | | | | | |
| Surya Ganesh Nalamati | | Address Redacted | | | | | |
| Surya Ganesh Nalamati | | Address Redacted | | | | | |
| Tanuj Shashikantbhai Chauhan | | Address Redacted | | | | | |
| The Keer Trust Dated September 10, 2004 | | 433 Concord Drive | | Menlo Park | CA | 94025 | |
| The Securor | | Address Redacted | | | | | |
| Tiji James | | Address Redacted | | | | | |
| Tithi Patel | | Address Redacted | | | | | |
| TrafficCast International, Inc | Attn: Joe Reed & Al McGowan | 5001 College Ave. | | College Park | MD | 20740 | |
| Tuhin Joardar | | Address Redacted | | | | | |
| Tushar M. Ganatra | | Address Redacted | | | | | |
| Tushar Manilal Ganatra | "Shivalaya" | Address Redacted | | | | | |
| Udaya Vignesha Kadandelu | | Address Redacted | | | | | |
| University of Minnesota | AP Voucher Entry, College of Science & Engineering | Rm105 Walter Library | 117 Pleasant St, SE | Minneapolis | MN | 55455 | |
| Unni, Pushpa | | Address Redacted | | | | | |
| Varsha Tarani | | Address Redacted | | | | | |
| Veeranna Halannanavar | | Address Redacted | | | | | |
| Vibhuti Dewangan | | Address Redacted | | | | | |
| Vibhuti Dewangan | | Address Redacted | | | | | |
| Vijay Radhakrishnan | | Address Redacted | | | | | |
| Vishal Christdhas Walter | | Address Redacted | | | | | |
| Vivekananda Uppunda | | Address Redacted | | | | | |
| Wejo Data Service | | Suite 2, 1st Floor Chowley Court | Chowley Oak Business Park, Chowley Oak Lane, Tattenhall | Chester | | CH3 9GA | United Kingdom |
| Wenham Carter Ltd | Charlotte Akehurst | 8th Floor Towerpoint | 44 North Road | Brighton | East Sussex | BN11YR | United Kingdom |
| Youzhen April Lin | | Address Redacted | | | | | |
| Zachary Yuen | | Address Redacted | | | | | |

In re: VTES, INC., et. al.
Case No. 20-12941 (JLG)

Page 4 of 4