UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
In re:                                                      :    Chapter 11
                                                            :    (Subchapter V)
VTES, INC., *et al.*,                                       :
                                                            :    Case No. 20-12941 (JLG)
                    Debtors.[1]                             :    Related Docket No. 105, 126, 133
                                                            :    (Jointly Administered)
------------------------------------------------------------X

# POST-CONFIRMATION ORDER AND NOTICE

**WHEREAS**, the *Order Confirming Debtors' Third Amended Chapter 11 Plan of VTES, Inc. et al., Under Subchapter V of Chapter 11 of the Bankruptcy Code* (the "Confirmation Order") [Docket. No. 126], confirming the *Third Amended Chapter 11 Plan of VTES, Inc., et al., Under Subchapter V of Chapter 11 of the Bankruptcy Code* (the "Plan")[2] [Docket No. 105], was entered on February 24, 2021; and

**WHEREAS**, it is the Debtors' responsibility to inform the Bankruptcy Court of the progress made toward (i) consummation of the plan under 11 U.S.C. § 1101(2), (ii) entry of a final decree under Rule 3022 of the Federal Rules of Bankruptcy Procedure, and (iii) case closing under 11 U.S.C. § 350; it is therefore

**ORDERED, ADJUDGED, AND DECREED** that the Debtors shall comply with the following**:**

1. <u>Notices</u>.  The Debtors or their counsel shall mail a copy of this Order to the secured creditor, the postpetition secured lender, the Subchapter V Trustee, and all parties who filed a notice of appearance.

---

[1] The Debtors in these Chapter 11 Cases are VTES, Inc., Savari, Inc., and Savari Systems Pvt. Ltd. The last four digits of VTES, Inc. and Savari, Inc.'s federal tax identification numbers are 3188 and 9745, respectively. The last four digits of Savari Systems Pvt. Ltd.'s registration number are 8251. The Debtors' mailing address is 2005 De La Cruz Boulevard, Suite 111, Santa Clara, California 95050.

[2] Capitalized terms used herein, but not otherwise defined, shall have the meanings ascribed to them in the Plan and Confirmation Order.

2. <u>Notice of Effective Date</u>.  In accordance with the Plan, the Debtors filed the *Notice of (I) Entry of Order Confirming Debtors' Third Amended Chapter 11 Plan of VTES, Inc. et al., Under Subchapter V of Chapter 11 of the Bankruptcy Code; and (II) Occurrence of the Effective Date With Respect to the Chapter 11 Plan* on March 1, 2021 [Dkt No. 133].

3. <u>Notice of Substantial Consummation</u>. Pursuant to the Confirmation Order, the Plan was substantially consummated on the Effective Date, which occurred on February 25, 2021 (Confirmation Order at ¶ 69).

4. <u>Closing Report and Final Decree</u>.  Within fifteen (15) days following the final distribution required by the Plan, the Subchapter V Trustee shall file a closing report in accordance with Local Bankruptcy Rule 3022-1 and an application for a final decree closing the case.

Dated:    New York, New York
          March 23, 2021

                                        /s/ *James L. Garrity, Jr.*
                                        HONORABLE JAMES L. GARRITY, JR.
                                        UNITED STATES BANKRUPTCY JUDGE