**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
In re:                                          :    Chapter 11
                                                :    (Subchapter V)
VTES, INC., et al.,                             :
                                                :    Case No. 20-12941 (JLG)
                        Debtors.[1]             :
                                                :    (Jointly Administered)
---------------------------------------------------------------X

### AFFIDAVIT OF SERVICE

I, Giovanna M. Luciano, depose and say that I am employed by Stretto, the claims and noticing agent for the Debtors in the above-captioned case.

On March 24, 2021, at my direction and under my supervision, employees of Stretto caused the following document to be served via first-class mail on the service list attached hereto as **Exhibit A**, and via electronic mail on the service list attached hereto as **Exhibit B**:

- **Post-Confirmation Order and Notice** (Docket No. 139)

Dated: March 25, 2021

_____
Giovanna M. Luciano

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California, County of Orange

Subscribed and sworn to (or affirmed) before me on this 25th day of March, 2021, by Giovanna M. Luciano, proved to me on the basis of satisfactory evidence to be the person who appeared before me.

Signature: _____

STEPHANIE M. DELGADO
Notary Public - California
Orange County
Commission # 2288834
My Comm. Expires May 17, 2023

---

[1] The Debtors in these Chapter 11 Cases are VTES, Inc., Savari, Inc., and Savari Systems Pvt. Ltd. The last four digits of VTES, Inc. and Savari's federal tax identification numbers are 3188 and 9745, respectively. The last four digits of Savari Systems Pvt. Ltd. registration number are 8251. The Debtors' mailing address is 2005 De La Cruz Boulevard, Suite 111, Santa Clara, California 95050.

# Exhibit A



**Exhibit A**
Served via First-Class Mail

| Name | Attention | Address 1 | Address 2 | City | State | Zip | Country |
|---|---|---|---|---|---|---|---|
| ALLY | Attn: ALLY Payment Processing Center | PO Box 78234 | | Phoenix | AZ | 85062-8234 | |
| American Express National Bank | c/o Becket & Lee LLP | PO Box 3001 | | Malvern | PA | 19355 | |
| Armanino LLP | | 50 West San Fernando Street | Suite 500 | San Jose | CA | 95113-2438 | |
| Bank of America, NA | | 222 Broadway | | New York | NY | 10038 | |
| California Department of Tax & Fee Administration | | PO Box 942879 | | Sacramento | CA | 94279-0029 | |
| California Franchise Tax Board | | PO Box 9242857 | | Sacramento | CA | 94240-0002 | |
| California State Board of Equalization | | 450 N Street, Mic:121 | | Sacramento | CA | 94279-0121 | |
| California State Board of Equalization | Attn: California Department of Tax and Fee Administration | PO Box 942879 | | Sacramento | CA | 94279-3535 | |
| CitiBank India | | 5, Mahatma Gandhi Rd | Yellappa Garden, Yellappa Chetty Layout, Sivanchetti Gardens | Bengaluru | | 560001 | India |
| CitiBusiness Card | | PO Box 78045 | | Phoenix | AZ | 85062-8045 | |
| Harman Becker Automotive Systems, Inc | c/o Harman International Industries, Incorporated | Attn: Michelle Taigman, Bill Casey | 400 Atlantic Street | Stamford | CT | 06901 | |
| ICICI Bank | | 273, 15th Cross | 20th Main, JP Nagar 5th Phase | Bangalore | | 560078 | India |
| Internal Revenue Service | | 2970 Market Street | Mail Stop 5-Q30.133 | Philadelphia | PA | 19104-5016 | |
| Internal Revenue Service | Attn: Bankruptcy Division | PO Box 7346 | | Philadelphia | PA | 19101-7346 | |
| Jinan ShengAn Information Technology Co. | | Room 2204 | Aosheng Building 3, Xinluo Street 1166 | Jinan Shandong Province | | 250101 | China |
| New York Department of State | Attn: Secretary of State | One Commerce Plaza | 99 Washington Ave | Albany | NY | 12231-0001 | |
| NYC Dept. of Finance | Attn: Legal Affairs | 345 Adams Street, 3rd Fl. | | Brooklyn | NY | 11201 | |
| NYS Dept. Taxation & Finance | Attn: Bankruptcy/Special Procedures Section | PO Box 5300 | | Albany | NY | 12205-0300 | |
| NYS Unemployment Insurance Fund | | PO Box 551 | | Albany | NY | 12201 | |
| State of California | Attn: Office of the Attorney General | PO Box 944255 | | Sacramento | CA | 94244-2550 | |
| State of California | Attn: Secretary of State | 1500 11Th St. | | Sacramento | CA | 95814 | |
| State of New York | Attn: Office of the Attorney General | The Capitol | | Albany | NY | 12224 | |
| U.S. Securities & Exchange Commission | Attn: Office of Reorganization | 950 East Paces Ferry Road NE | Suite 900 | Atlanta | GA | 30326-1382 | |
| United States Attorney's Office Southern District of New York | Attn: Tax & Bankruptcy Unit | 86 Chambers Street, Third Floor | | New York | NY | 10007 | |
| United States Department of the Treasury | | 324 25th Street | | Ogden | UT | 84201 | |
| United States Trustee | Attn: Brian S. Masumoto | Office of the United States Trustee, Region 2 | 201 Varick Street, Suite 1006 | New York | NY | 10014 | |
| US Small Business Administration | | 455 Market St., Ste 600 | | San Francisco | CA | 94105 | |

In re: VTES, INC., et. al.
Case No. 20-12941 (JLG)

Page 1 of 1

# **<u>Exhibit B</u>**



**Exhibit B**
Served via Electronic Mail

| Name | Attention 1 | Attention 2 | Email |
|---|---|---|---|
| Arboretum II LLC | Attn: John Kuriakuz | Accounts Receivable | John.Kuriakuz@freg.com |
| Arboretum II LLC | c/o Friedman Real Estate Management | Attn: Megan Odell | megan.odell@freg.com |
| Armanino LLP | Attn: Diana Namauleg | | Diana.Namauleg@amllp.com |
| Datasite LLC (formerly Merrill Communications LLC) | Attn: Leif Simpson | | Leif.Simpson@datasite.com |
| Fish & Richardson P.C. | | | Greenwald-Swire@fr.com |
| Fish & Richardson P.C. | Attn: Brian Lease | | lease@fr.com |
| Flextronics Automotive Sales and Marketing Ltd. | c/o Richard G. Hardy | | rhardy@ulmer.com |
| Flextronics International USA, Inc. | c/o Ulmer & Berne LLP | | rhardy@ulmer.com |
| Harman Becker Automotive Systems, Inc. and Certain of its Affiliates | c/o Wiggin & Dana LLP | Attn: Michael L. Kenny Jr. & Andrew Ritter | mkenny@wiggin.com aritter@wiggin.com |
| Jinan ShengAn Information Technology Co. | | | sxh@cnfido.com |
| Ministry of Finance Government of India | Income Tax Department | | webmanager@incometax.gov.in |
| O'Melveny & Myers LLP | Attn: Brian Covotta | Accounts Receivable | aantonio@omm.com |
| Pathi Mohan - HUF | | | premagardenia@gmail.com |
| Raymond James & Associates, Inc. | Attn: Amar Krishnamurti | Treasury /ECM-RMB | ECMBilling@RaymondJames.com |
| Silicon Valley Bank | Attn: Tyler Dietrich & Greg Singer | | gsinger@svb.com |
| Silicon Valley Bank | c.o Morrison & Foerster LLP | Attn: Alex Rheaume | arheaume@mofo.com |
| Silicon Valley Bank | c/o Morrison & Foerster LLP | Attn: Benjamin W. Butterfield | BButterfield@mofo.com |
| Subchapter V Trustee | c/o Lindenwood Associates LLC | Attn: Nat Wasserstein | nat@lindenwoodassociates.com |
| TSMT Consulting Private Limited | | | accounts@tsmtconsulting.com |
| U.S. Securities & Exchange Commission | New York Regional Office | | NYROBankruptcy@SEC.GOV |
| United States Trustee | Attn: Brian S. Masumoto | | brian.masumoto@usdoj.gov |
| Vectis Law Group | Attn: Patrick Costello | | pcostello@vectislawgroup.com |
| Wenham Carter International | Attn: Charlotte Akehurst | | Creditcontrol@wenhamcarter.com |

In re: VTES, INC., et. al.
Case No. 20-12941 (JLG)

Page 1 of 1