UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
                                                                :
In re:                                                          :   Chapter 11
                                                                :   (Subchapter V)
VTES, INC., *et al.*,                                           :
                                                                :   Case No. 20-12941 (JLG)
                              Debtors.[1]                       :
                                                                :   (Jointly Administered)
---------------------------------------------------------------X

### NOTICE OF PRESENTMENT OF DEBTOR'S APPLICATION SEEKING ENTRY OF AN ORDER FOR FINAL DECREE

**PLEASE TAKE NOTICE**, that pursuant to sections 327(a) and 328(a) the Subchapter V Trustee, Nat Wasserstein, by his attorneys, Spence Law Office, P.C., will present the annexed application for final decree (the "Application") to the Honorable James L. Garrity, Jr., United States Bankruptcy Judge, for signature on December 12, 2022.

**PLEASE TAKE FURTHER NOTICE**, that, objections, if any, to the Application must be made in writing, shall state with particularity the reasons for the objection and shall be filed with the Clerk, with a copy delivered to Judge Garrity's Chambers, and served on the undersigned so as to be received no later than December 5, 2022.

**PLEASE TAKE FURTHER NOTICE**, that unless timely objections are filed, an order approving the Application may be signed without a hearing.

---

[1] The Debtors in these Chapter 11 Cases are VTES, Inc., Savari, Inc., and Savari Systems Pvt. Ltd. The last four digits of VTES, Inc. and Savari, Inc.'s federal tax identification numbers are 3188 and 9745, respectively. The last four digits of Savari Systems Pvt. Ltd.'s registration number are 8251. The Debtors' mailing address is 2005 De La Cruz Boulevard, Suite 111, Santa Clara, California 95050.

1

**PLEASE TAKE FURTHER NOTICE,** that if timely objections are filed to the relief requested, and served, or if the Court so directs that a hearing is appropriate, the Court will schedule a hearing before the Honorable James L. Garrity, Jr., on a date and time to be thereafter set by the Court. Notice of such hearing will be provided by the Trustee.

Dated: November 7, 2022
Roslyn, New York

**SPENCE LAW OFFICE, P.C.**

By: /s/ *Robert J. Spence*
Robert J. Spence, Esq.
55 Lumber Road, Suite 5
Roslyn, New York 11576
(516) 336-2060
*Counsel for Nat Wasserstein, Subchapter V Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
In re:                                                              Chapter 11

VTES, INC., *et al*.,                                               Case No. 20-12941 (JLG)
                                                                    (Jointly Administered)

                            Debtors.[1]
------------------------------------------------------------X

**APPLICATION FOR FINAL DECREE AND TERMINATING/DISCHARGING**
**TRUSTEE AND CLAIMS AND NOTICING AGENT**

**TO:   THE HONORABLE JUDGE JAMES L. GARRITY, JR.**
       **UNITED STATES BAKRUPCTY JUDGE**

      Nathaniel Wasserstein, the Subchapter V Trustee ("Trustee[2]") of VTES, INC., et al., the debtor in the above captioned case, by his attorneys, Spence Law Office, P.C., represents as follows:

1.     On December 27, 2020, the (the "Petition Date"), each of the Debtors filed a voluntary petition under chapter 11, title 11 of the United States Code, 11 U.S.C. §§ 101 et seq. (the "Bankruptcy Code").

2.     The Debtors' chapter 11 cases are jointly administered for procedural purposes pursuant to an Order of Joint Administration.

3.     On December 28, 2020, the Office of the United States Trustee for the Southern District of New York (the "U.S. Trustee") appointed Nat Wasserstein of Lindenwood Associates, LLC as the subchapter V trustee [Dkt. No. 2].

---

[1] The Debtors in these Chapter 11 Cases are VTES, Inc., Savari, Inc., and Savari Systems Pvt. Ltd. The last four digits of VTES, Inc. and Savari, Inc.'s federal tax identification numbers are 3188 and 9745, respectively. The last four digits of Savari Systems Pvt. Ltd.'s registration number are 8251. The Debtors' mailing address is 2005 De La Cruz Boulevard, Suite 111, Santa Clara, California 95050.

[2] Unless otherwise defined herein, capitalized terms shall have the meaning as set forth in the Plan.

1

4. By order dated January 15, 2021, this Court approved the retention of Stretto as the claims and noticing agent in the Debtors' cases, pursuant to 28 U.S.C. § 156(c). The Debtors retained the services of the claims and noticing agent to expedite the processing of claims and to relieve the Clerk's Office of the administrative burden that would otherwise be imposed by a case of this size and complexity.

5. By agreement between the Trustee and Stretto, Stretto ceased billing the Debtor for services as of February 16, 2022.

6. On February 23, 2021, this Court entered an Order Confirming the Third Amended Plan of Reorganization (the "Plan") of VTES, Inc., et al. (the "Debtor"), pursuant to 11 U.S.C. §1191(a). [See, Docket Nos.: 105 and 126, respectively].

7. The effective date of the Plan occurred on February 25, 2021 (the "Effective Date"). [See Notice, Dkt. 133].

8. Under the Plan, the Trustee was appointed the Estates' sole representative in accordance with section 1123 of the Bankruptcy Code, to oversee the wind down of the Debtors' affairs. (See, e.g., Sections 7.6 through 7.9 of the Plan).

**Substantial Consummation/Completion of the Plan**

9. The facts below are further supported in detail in the accompanying Declaration of Nathaniel Wasserstein, the Subchapter V Trustee, attached hereto as Exhibit A (the "Decl.") The Debtor has substantially consummated the Plan as follows:

    (a) Made all payments required to be made to Holders of (pre-confirmation) Administrative Claims; (Decl. ¶5a);

    (b) Made all payments to holders of (post-confirmation) Professional Claims. (Decl. ¶5b);

    (c) Made all payments required to be made to Holders of other Administrative Priority Claims. (Decl. ¶5c);

2

    (d)    Class 1 – Superpriority DIP Claims. Class 1 consists of the Superpriority DIP Claims of the Buyer, Harman Becker Automotive Systems, Inc.  The Class I claim is being treated in accordance with the applicable Plan provisions (Decl. ¶5d);

    (e)    Class 2 – Secured Claims.  Class 2 consists of the Secured Claim of Silicon Valley Bank.  The Class 2 Claim is being treated in accordance with the applicable Plan provisions (Decl. ¶5e);

    (f)    Class 3 – Priority Non-Tax Claims.  Class 3 consists of the Priority Non-Tax Claims against the Debtors. Class 3 is being treated in accordance with the applicable Plan provisions (Decl. ¶5f);

    (g)    Class 4 – General Unsecured Claims.  Class 4 consists of the General Unsecured Claims against the Debtors. Class 4 is being treated in accordance with the applicable Plan provisions (Decl. ¶g);

    (h)    Class 5 – Interests.  Class 5 is being treated in accordance with the applicable Plan provisions. (Decl. ¶h).

10. The Plan has been substantially consummated and there are no matters in this estate remaining to be administered.

11. The estate has been fully administered in compliance with Local Bankruptcy Rule 3022-1.

12. The Trustee submits that as a Subchapter V case, the Debtor is exempt from payment of any quarterly fees to the Office of the United States Trustee.

13. The Plan provides that "[a]fter all Disputed Claims filed against the Debtors have become Allowed Claims or have been Disallowed, and all Assets have been liquidated and converted into Cash (other than those Assets that have been or may be abandoned), and such Cash has been distributed in accordance with the Plan, or at such earlier time as the Trustee deems appropriate, the Trustee shall seek authority from the Bankruptcy Court to close the Chapter 11 Cases in accordance with the Bankruptcy Code and the Bankruptcy Rules." (Plan, Sec. 7.5).

14. The Trustee certifies that the Distribution of all Assets pursuant to the Plan has taken place, and that Disputed Claims filed against the Debtors have become Allowed Claims or have

3

been Disallowed, and all Assets have been liquidated and converted into Cash (other than those Assets that have been or may be abandoned), and such Cash has been distributed in accordance with the Plan. (Decl. ¶6)(See Plan, Sec. 7.4, 7.5).

15. The Trustee submits that his services are otherwise no longer necessary under the Plan and that the Final Decree should contain a provision terminating his services and discharging him from any further obligations.

16. 11 U.S.C. §1183(c)(1) provides for termination of the Trustee's services for cases where the Plan is confirmed under 11 U.S.C. §1191(a):

> (c)Termination of Trustee Service.— (1)In general.—
> If the plan of the debtor is confirmed under section 1191(a) of this title, the service of the trustee in the case shall terminate when the plan has been substantially consummated.

17. Accordingly, the Trustee believes this case is ready to be closed pursuant to 11 U.S.C. § 350(a) and Rule 3022 of the Federal Rules of Bankruptcy Procedure and requests entry of the Final Decree in substantially the form as annexed hereto.

**Termination of Stretto**

18. The Debtors no longer require the services of the claims and noticing agent and as of February 16, 2022, Stretto was effectively terminated. Pursuant to an order of the Court (dated January 17, 2021), February 19, 2021, was established as the date on or before which proofs of claim asserted against the Debtors' estates had to be filed with the Court or such claims would thereafter be barred from being asserted against the Debtors. Pursuant to the order confirming the Debtors' plan of reorganization, March 31, 2021 (30 days from Notice of Entry of the Order Confirming the Plan) was fixed as the date by which all administrative (non-fee) claims against the Debtors' estates must be filed.

19. All prepetition and administrative claims filed in this case have been resolved. There being no further need to expend additional sums on the services provided by the claims and noticing agent, the Trustee therefore seeks an order authorizing him to terminate the retention of the claims and noticing agent.

20. Accordingly, by this application, the Trustee respectfully requests that this Court enter the Final Decree, authorizing the Trustee, on behalf of the Debtors, to terminate the retention of Stretto, the claims and noticing agent.

### Notice

21. No previous motion for the relief sought herein has been made to this or any other Court.

22. Notice of this application has been given to the U.S. Trustee, Debtor's counsel, and parties filing notices of appearance in the case, and interested parties.

**WHEREFORE**, the Trustee respectfully requests that this Court enter a Final Decree closing the Debtor's case pursuant to 11 U.S.C. § 350(a) and Rule 3022 of the Federal Rules of Bankruptcy Procedure, terminating and discharging the Trustee, terminating the claims and noticing agent, and granting the Debtor and the Trustee such other and further relief as the Court deems just and proper.

Dated:  October 18, 2022
    Roslyn, New York

**SPENCE LAW OFFICE, P.C.**
By:_____/s/ *Robert J. Spence*
Robert J. Spence, Esq.
55 Lumber Road, Suite 5
Roslyn, New York 11576
  (516) 336-2060
*Counsel for Nat Wasserstein, Subchapter V Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
In re:

VTES, INC., *et al.*,

Debtors.[1]

---------------------------------------------------------------X

Chapter 11
Case No. 20-12941 (JLG)
(Jointly Administered)

## DECLARATION IN SUPPORT OF FINAL DECREE

The undersigned, Nat Wasserstein, the Subchapter V Trustee ("Trustee"), declares under the penalty of perjury pursuant to the provisions of 28 U. S.C. § 1746, that the following statements are true and correct:

1. My name is Nat Wasserstein. I am over 21 years of age and fully competent to make this Declaration. Unless otherwise stated, I have personal knowledge of the facts set forth in this Affidavit.

2. I am the Subchapter V Trustee in this case and I was appointed under the Third Amended Plan of Reorganization (ECF 105) (the "Plan[2]"), to effectuate the distributions under the Plan on behalf of the Debtor:

> The Plan will be administered by the Trustee and all actions taken under the Plan in the name of the Debtors shall be taken through the Trustee in accordance with the provisions of the Plan.

(Plan, Section 7.4 (ECF 105))

3. I am familiar with the terms and conditions of the Plan which was confirmed by the Court pursuant to the Order Confirming Plan entered on February 23, 2021 (ECF # 105).

---

[1] The Debtors in these Chapter 11 Cases are VTES, Inc., Savari, Inc., and Savari Systems Pvt. Ltd. The last four digits of VTES, Inc. and Savari, Inc.'s federal tax identification numbers are 3188 and 9745, respectively. The last four digits of Savari Systems Pvt. Ltd.'s registration number are 8251. The Debtors' mailing address is 2005 De La Cruz Boulevard, Suite 111, Santa Clara, California 95050.

[2] Capitalized terms used herein, if not defined, shall have the same meaning as in the Plan.

1

4.  On behalf of the Debtor, I made all payments and performed all acts required under the Plan required to be made upon the Effective Date of the Plan.

5.  In accordance with the Plan, on behalf of the Debtor, I paid, among other claims, the following (a summary of payments is annexed hereto as Schedule A which contains a summary of the Trustee's Final Report filed with the Bankruptcy Court on September 12, 2022 (ECF 176) (the "Final Report")):

    a.  Made all payments required to be made to Holders of (pre-confirmation) Administrative Claims (professional fees): (i) Debtor's counsel Griffin Hamersky LLP (11 U.S.C. § 507(a)(2)), Fees: $397,838.50, Expenses: $1,826.89 (per final Fee Order); (ii) Rock Creek Advisors, LLC (11 U.S.C. § 507(a)(2)), Fees: $75,387.00, Expenses: $102.50 (per final Fee Order); (iii) Stretto Claims Agent (11 U.S.C. §§ 507(a)(2) and 503(b)(1)(A)), $112,619.30 (per final Fee Order and Court approved engagement); (iv) Nat Wasserstein, Sub V Trustee (11 U.S.C. § 507(a)(2)), Fees: $25,697.50, Expenses: $11.85 (per final Fee Order); (v) Harvey H. Rosen, A Professional Corporation (11 U.S.C. § 507(a)(2)), Fees: $38,913.00, Expenses: $70.00 (per final Fee Order);

    b.  Made all payments to holders of (post-confirmation) Professional Claims: (i) Trustee's counsel, Spence Law Office, P.C., $59,760.56[1]; (ii) Nat Wasserstein, Sub V Trustee under Plan $26,151.14[2]; (iii) Armanino LLC, accountants for Trustee, $35,737.50;.

    c.  Made all payments required to be made to Holders of other Administrative Priority Claims (i.e., post-petition wage claims). A total of 143,691.36 was paid to holders of such priority claims (See attached Schedule A);

    d.  With regard to Class 1 Superpriority Creditor (Harman Becker Automotive Systems, Inc.), the Allowed Superpriority DIP Claims of Buyer were extinguished upon the closing of the Sale, pursuant to the Plan (Sec. 7.9(d)(i)); this claim was not paid by Trustee;

    e.  With regard to Class 2 Secured Creditor (Silicon Valley Bank), $1,590,244.12 was paid was paid to Silicon Valley at closing of the Sale; this claim was not paid by Trustee;

    f.  Made the payments required to be made to Class 3 Non-Tax Priority Claim(s) (i.e., Pre-Petition U.S. and India Wages). The Trustee paid a total amount of $229,937.21 to Allowed Claims in this class (See Schedule A);

---

[1] $18,270.56 remains unpaid. To be paid upon entry of Final Order.

[2] Not yet paid. To be paid upon entry of Final Order.

  g. Made the payments required to be made to Class 4 (General Unsecured Claims) in the total amount of $2,112,355.33 (See Schedule A);

  h. The Class 5 Interests consists of all Interests in the Debtors. In accordance with the Plan, on the Effective Date, all Class 5 Interests were deemed canceled, null and void, and of no force and effect (Plan, Sec. 5.4(e)).

6. I certify that the Distribution of all Assets pursuant to the Plan has taken place, and that Disputed Claims filed against the Debtors have become Allowed Claims or have been Disallowed (See Sched A), and all Assets have been liquidated and converted into Cash (other than those Assets that have been or may be abandoned), and such Cash has been distributed in accordance with the Plan. (See Plan, Sec. 7.4, 7.5, and Sched. A).

7. I filed my Final Report which provides an account of all payments and details the payments made in paragraph 5 above. (ECF 176).

8. I submit that my services and the services of the claims and noticing agent, Stretto, are otherwise no longer necessary under the Plan and that the Final Decree should contain a provision terminating and discharging the Trustee and Stretto from any further obligations under the Plan or in this case.

9. On behalf of the Debtor, I have fully performed all duties and made all payments required under the confirmed Plan upon the Effective Date other than post-confirmation administrative costs to Spence Law Office, P.C. (Trustee's Counsel) in the amount of $18,270.56 and to Nathaniel Wasserstein Trustee, Lindenwood Associates, LLC (Trustee/Plan Administrator) in the amount of $26,141.14.

Dated: October 18, 2022

            /s/ Nathaniel Wasserstein
            Nathaniel Wasserstein
            Subchapter V Trustee

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
                                                             :
In re:                                                       :    Chapter 11
                                                             :    (Subchapter V)
VTES, INC., *et al.*,                                        :
                                                             :    Case No. 20-12941 (JLG)
                          Debtors.[1]                        :
                                                             :    (Jointly Administered)
-------------------------------------------------------------X

## CLOSING REPORT IN CHAPTER 11 CASE

To the best of my knowledge and belief, the following is a breakdown in this case:

FEES AND EXPENSES (from case inception):

$397,838.50    FEE for ATTORNEY for DEBTOR

$227,091.80    OTHER PROFESSIONAL FEES and ALL EXPENSES

$1,826.89      EXPENSES OF ATTORNEY for DEBTOR

---

$25,709.35     TRUSTEE FEE and EXPENSES (pre-confirmation)

$26,151.14     TRUSTEE FEE and EXPENSES (post-confirmation)

$56,340.00     FEE for ATTORNEY for TRUSTEE (post-confirmation)

---

[See Attached Schedule A]          DIVIDEND PAID/TO BE PAID

---

[1] The Debtors in these Chapter 11 Cases are VTES, Inc., Savari, Inc., and Savari Systems Pvt. Ltd. The last four digits of VTES, Inc. and Savari, Inc.'s federal tax identification numbers are 3188 and 9745, respectively. The last four digits of Savari Systems Pvt. Ltd.'s registration number are 8251. The Debtors' mailing address is 2005 De La Cruz Boulevard, Suite 111, Santa Clara, California 95050.

<u>N/A</u>  FUTURE DIVIDENDS (check if % of future dividend under plan not yet able to be determined)

---

<u>YES</u>  INITIAL DISTRIBUTION UNDER THE PLAN COMPLETED

<u>N/A</u>  OTHER: (explain)

Dated: October 18, 2022
   Upper Nyack, New York

                <u>/s/ Nathaniel Wasserstein</u>
                Nathaniel Wasserstein
                Subchapter V Trustee
                Lindenwood Associates, LLC
                328 North Broadway, 2nd Floor
                Upper Nyack, NY 10960
                (845) 398-9825

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X
                                                                 :
In re:                                                           :    Chapter 11
                                                                 :    (Subchapter V)
VTES, INC., *et al.*,                                            :
                                                                 :    Case No. 20-12941 (JLG)
                                       Debtors.¹                 :
                                                                 :    (Jointly Administered)
-----------------------------------------------------------------X

# ORDER OF FINAL DECREE

Upon consideration of the motion (the "Motion") of VTES Inc., et al. (the "Debtors"), by the Subchapter V Trustee, Nat Wasserstein (the "Trustee"), pursuant to 11 U.S.C. §§ 350(a) and Rule 3022 of the Federal Rules of Bankruptcy Procedure, and Local Bankruptcy Rule 3022-1, (i) seeking entry of a final decree and order closing the Debtors' Chapter 11 cases and (ii) terminating and discharging the Trustee as Subchapter V Trustee in the case; (iii) terminating Stretto's engagement as claims and noticing agent; and upon the representations made by the Trustee in the Motion regarding the distributions and disbursements made under the Debtors' Third Amended Plan of Reorganization (the "Plan") having been filed with the Court (ECF 105), and the Court having entered an Order Confirming the Plan on February 23, 2021; and that the services of the Subchapter V Trustee and claims and noticing agent, Stretto, are no longer necessary; and it appearing that the Plan is substantially consummated; and it appearing that all distributions on account of allowed claims have been made; and the Debtors' Chapter 11 cases are fully administered; and no objections having been filed to the Motion;

---

¹ The Debtors in these Chapter 11 Cases are VTES, Inc., Savari, Inc., and Savari Systems Pvt. Ltd. The last four digits of VTES, Inc. and Savari, Inc.'s federal tax identification numbers are 3188 and 9745, respectively. The last four digits of Savari Systems Pvt. Ltd.'s registration number are 8251. The Debtors' mailing address is 2005 De La Cruz Boulevard, Suite 111, Santa Clara, California 95050.

1

and for good and sufficient cause; it is hereby

ORDERED, that the Motion is granted; and it is further

ORDERED, that the services of Stretto as claims and noticing agent are hereby terminated; and it is further

ORDERED, that the services of Nat Wasserstein as Subchapter V Trustee in this case and under the Plan is hereby terminated and Nat Wasserstein if discharged from any further obligations in this case as Subchapter V Trustee in the case and under the Plan; and it is further

ORDERED, that pursuant to section 350(a) of the Bankruptcy Code and Bankruptcy Rule 3022 and the Plan, these Chapter 11 Cases are hereby closed; and it is further

ORDERED, that the Clerk of the Court is directed to mark these Chapter 11 Cases as "closed".

**THE UNDERSIGNED HAS NO**
**OBJECTION TO ENTRY OF**
**THE FOREGOING ORDER**

**UNITED STATES TRUSTEE FOR**
**THE SOUTHERN DISTRICT OF**
**NEW YORK**

BY: _____

Office of the United States Trustee
201 Varick Street, Suite 1006
New York, NY 10014-4811

**IT IS SO ORDERED.**

Dated: November __, 2022
New York, New York

_____
JAMES L. GARRITY
United States Bankruptcy Judge

2

# SCHEDULE A
## (Summary of Final Report)

| Summary of Disbursement to Creditors | Claims Allowed | Principal Paid |
|---|---|---|
| TOTAL SECURED | $1,590,244.12 | $1,590,244.12* |
| TOTAL ADMIN (Post Petition Wages) | $ 143,691.36 | $ 143,691.36 |
| TOTAL GENERAL UNSECURED | $8,498,066.43 | $2,112,355.33 |
| TOTAL PRIORITY | $ 229,937.21 | $ 229,937.21 |
| **TOTAL** | **$8,871,695.00** | **$2,485,983.90** |

*Payment to Silicon Valley Bank, pursuant to the APA and Plan, was made by the Debtor upon confirmation and not included in the disbursements made by the Trustee.

**Disbursements:**

| | | |
|---|---|---|
| NET RECEIPTS | | $3,319,399.89 |
| Expenses of Administration- | $ 833,415.99 | |
| Disbursement to Creditors | $2,485,983.90 | |
| **TOTAL DISBURSEMENTS** | **$3,319,399.89** | |
| **Balance Remaining:** | **$       0.00*** | |

*Accrued expenses for Trustee and counsel of $44,411.70 have not yet been paid.

## ADMIN/PROFESSIONAL EXPENSES:

<u>Debtor Professional Fees:</u>
| | |
|---|---|
| Griffin Hamersky LLP | $399,665.39 |
| Harvey H. Rosen, Esq. | $ 38,983.00 |
| Rock Creek Advisors | $ 75,489.50 |
| Stretto | <u>$112,619.30</u> |
| Total | $626,757.19 |

<u>Trustee Expenses and Compensation:</u>
| | |
|---|---|
| Nathaniel Wasserstein Trustee, Lindenwood Associates, LLC | $ 25,708.85 |

<u>Post Confirmation Administrative Costs:</u>
| | |
|---|---|
| Adam Schader (Bookkeeper/Ex CFO) | $   2,805.00 |
| Armanino LLC (Tax Accountant) | $ 35,737.50 |
| Axos Bank Service Charge | $        60.00 |
| California Dept. of Tax & Fee Administration | $   3,260.00 |
| California Franchise Board | $   1,644.00 |
| City of Santa Clara | $      223.28 |
| County of Santa Clara Dept. of Taxation | $   2,275.82 |
| Nathaniel Wasserstein Trustee, Lindenwood Associates, LLC (Trustee/Plan Administrator) | $ 26,151.14* |
| NYC Dept. of Tax & Finance | $        50.00 |
| NYS Dept. of Tax & Finance | $        53.31 |
| Savari Systems Pvt. Ltd. (India Wind Down) | $ 13,680.00 |
| Shanghai Savari Tech (China Wind Down) | $ 20,000.00 |
| Spence Law Office, P.C. (Trustee's Counsel) | $ 59,760.56 |
| State of California Franchise Tax Board | $      250.00 |
| TSMT Consulting Private Limited/Savari Systems Pvt. Ltd (India Wind Down) | <u>$ 14,999.34</u> |
| Total | $180,949.95 |

**TOTAL PRE AND POST CONFIRMATION ADMIN EXPENSES:**     **$833,415.99**

*Reduced.

# SECURED/PRIORITY(ADMIN)/PRIORITY/GENERAL UNSECURED CLAIMS

| Creditor Name | Claim No. | Debt Type | Claim Scheduled | Claim Asserted | Claim Allowed | Claim Paid | Discharge Amount | Notes |
|---|---|---|---|---|---|---|---|---|
| **SECURED:** | | | | | | | | |
| Silicon Valley Bank | 13 | Secured | $ 1,515,151.52 | | $1,515,151.52 | $0 | $ - | Paid pursuant to plan and APA at closing - Not paid by Trustee |
| Harmon Becker Automotive | | | $ | | | $0 | $ - | Paid at closing per the plan; Not pd by Trustee |
| **ADMINISTRATIVE (POST PETITION WAGE CLAIMS):** | | | | | | | | 100% of Allowed Claims Paid unless settlement noted. |
| Annalakshmi Rengasamy | 50 | Admin | $ - | $ 2,445.90 | $2,445.90 | $2,445.90 | $ - | |
| Arul Raj | 29 | Admin | $ - | $ 2,964.00 | $2,964.00 | $2,964.00 | $ - | |
| Aruna Vorkady Shankaranarayana | 31 | Admin | $ - | $ 1,629.19 | $1,629.19 | $1,629.19 | $ - | |
| Ashok Konanki | 26 | Admin | $ - | $ 1,653.22 | $1,653.22 | $1,653.22 | $ - | |
| Aswani Edavana | 35 | Admin | $ - | $ 524.40 | $522.81 | $522.81 | $ - | |
| Basavaraj Krishnappanavar | 51 | Admin | $ - | $ 1,695.00 | $1,695.00 | $1,695.00 | $ - | |
| Bharat Patel | 27 | Admin | $ - | $ 1,626.28 | $1,626.28 | $1,626.28 | $ - | |
| Bhaskara Annayappa | | Admin | $ - | | $2,480.30 | $2,480.30 | $ - | |
| Bushra Ghazal | 59 | Admin | $ - | $ 1,065.89 | $1,065.89 | $1,065.89 | $ - | |
| Chaitra Shankar | 70 | Admin | $ - | $ 1,556.26 | $1,556.26 | $1,556.26 | $ - | |
| Derril D'Souza | 46 | Admin | $ - | $ 1,034.04 | $1,034.04 | $1,034.04 | $ - | |
| Fiaz Ahmed Kazi | | Admin | $ - | | $1,535.23 | $1,535.23 | $ - | |
| Gaddam Bhagya Lakshmi | 53 | Admin | $ - | $ 2,174.40 | $2,174.40 | $2,174.40 | $ - | |
| Gaurav Bagde | 55 | Admin | $ - | $ 790.15 | $790.51 | $790.51 | $ - | |
| Gautam Kamar | 32 | Admin | $ - | $ 830.12 | $830.12 | $830.12 | $ - | |
| Girish Ramesh Rayas | 25 | Admin | $ - | $ 6,358.23 | $6,358.23 | $6,358.23 | $ - | |
| Hareesh Kumar Raju Addepallibalaraju | 28 | Admin | $ - | $ 1,138.73 | $1,138.73 | $1,138.73 | $ - | |
| Harshawardhan Vipat | | Admin | $ - | $ - | $3,076.92 | $3,076.92 | $ - | |
| Jacob Harel | | Admin | $ - | $ - | $3,198.46 | $3,198.46 | $ - | |
| Jashitha Kunhi Parambath | 64 | Admin | $ - | $ 790.42 | $790.42 | $790.42 | $ - | |
| Kamal Kumar Mukiri | 30 | Admin | $ - | $ 2,725.37 | $2,725.37 | $2,725.37 | $ - | |
| Kirubasankar Madhaiyan | 38 | Admin | $ - | $ 3,314.14 | $3,314.14 | $3,314.14 | $ - | |
| Kollapuram Ravi Tej | | Admin | $ - | | $1,502.03 | $1,502.03 | $ - | |
| Manasa Dosapati | 36 | Admin | $ - | $ 957.79 | $957.79 | $957.79 | $ - | |
| Manjunatha B.M | 56 | Admin | $ - | $ 361.62 | $361.62 | $361.62 | $ - | |
| Navin Chandra Katta | | Admin | $ - | $ - | $3,076.92 | $3,076.92 | $ - | |
| Pallavi Mullakuri | 47 | Admin | $ - | $ 892.72 | $892.72 | $892.72 | $ - | |
| Paul Sakamoto | | Admin | $ - | $ - | $3,230.77 | $3,230.77 | $ - | |
| Pavankumar Boyapati | 33 | Admin | $ - | $ 1,400.38 | $1,400.38 | $1,400.38 | $ - | |
| Pradeep Anbumani | 41 | Admin | $ - | $ 2,727.68 | $2,727.68 | $2,727.68 | $ - | |
| Prasanna Kumar Bolisetty Yeswanth Naga | 61 | Admin | $ - | $ 2,877.55 | $2,877.55 | $2,877.55 | $ - | |
| Prasanth Chenikala | 48 | Admin | $ - | $ 751.48 | $751.48 | $751.48 | $ - | |
| Puneet Kumar Sharma | 49 | Admin | $ - | $ 1,446.50 | $1,446.50 | $1,446.50 | $ - | |
| Pushpa Unni | | Admin | $ - | $ - | $1,538.46 | $1,538.46 | $ - | |
| Rajasri Venkatachalam Kanthavar | 45 | Admin | $ - | $ 3,306.28 | $3,306.28 | $3,306.28 | $ - | |
| Ramana Reddy Kodakandla | 57 | Admin | $ - | $ 1,592.91 | $1,592.91 | $1,592.91 | $ - | |
| Ramesh Babu Arepalli | 42 | Admin | $ - | $ 2,797.96 | $2,797.96 | $2,797.96 | $ - | |
| Ravi Puvvala | | Admin | $ - | $ - | $3,384.62 | $3,384.62 | $ - | |
| Ravi Teja Nagamothu | 37 | Admin | $ - | $ 958.72 | $958.72 | $958.72 | $ - | |
| Rishu Jain | 34 | Admin | $ - | $ 5,168.14 | $5,168.14 | $5,168.14 | $ - | |
| Sasidhar Somipalli | 24 | Admin | $ - | $ 5,931.46 | $5,931.46 | $5,931.46 | $ - | |
| Sathishkumar Arul | 67 | Admin | $ - | $ 2,610.78 | $2,610.78 | $2,610.78 | $ - | |
| Saurabh Kashyap | 73 | Admin | $ - | $ 3,616.25 | $3,616.25 | $3,616.25 | $ - | |
| Sean William Mooney | 8 | Admin | $ - | $ - | $2,076.92 | $2,076.92 | $ - | |
| Shahul Hameed Abubakkar | 43 | Admin | $ - | $ 2,998.41 | $2,998.41 | $2,998.41 | $ - | |
| Shreekanth Betarayappa | 23 | Admin | $ - | $ 6,371.15 | $6,371.15 | $6,371.15 | $ - | |

| Creditor Name | Claim No. | Debt Type | Claim Scheduled | Claim Asserted | Claim Allowed | Claim Paid | Discharge Amount | Notes |
|---|---|---|---|---|---|---|---|---|
| Sivatheja Reddy Nandimandalam | 65 | Admin | $ - | $ 1,087.88 | $1,087.88 | $1,087.88 | $ - | |
| Spencer Rosen | | Admin | $ - | $ - | $3,076.92 | $3,076.92 | $ - | |
| Sridhar Vellenki Reddy | 22 | Admin | $ - | $ - | $7,150.85 | $7,150.85 | $ - | |
| Srinivasan Venkatswamy | 60 | Admin | $ - | $ 3,099.64 | $3,099.64 | $3,099.64 | $ - | |
| Sulaiman Usmani Feroze Usmani | 52 | Admin | $ - | $ 1,038.58 | $1,038.58 | $1,038.58 | $ - | |
| Sunil Sheshachala | 63 | Admin | $ - | $ 1,205.32 | $1,205.32 | $1,205.32 | $ - | |
| Surya Ganesh Nalamati | 62 | Admin | $ - | | $990.10 | $990.10 | $ - | |
| Thammineni Sravani | 54 | Admin | $ - | $ 751.69 | $751.69 | $751.69 | $ - | |
| Tiji James | 69 | Admin | $ - | $ 845.07 | $845.07 | $845.07 | $ - | |
| Tushar Manilal Ganatra | 40 | Admin | $ - | $ 892.82 | $892.82 | $892.82 | $ - | |
| Udaya Vignesha Kadandelu | 39 | Admin | $ - | $ 4,320.34 | $4,320.34 | $4,320.34 | $ - | |
| Varsha Tarani | 21 | Admin | $ - | $ 1,550.52 | $1,550.42 | $1,550.42 | $ - | |
| Vibhuti Dewangan | 71 | Admin | $ - | $ 1,252.84 | $ 1,252.84 | $ 1,252.84 | $ - | |
| Vijay Radhakrishnan | 20 | Admin | $ - | $ 6,630.58 | $ 6,630.58 | $ 6,630.58 | $ - | |
| Youzhen April Lin | | Admin | $ - | $ - | $1,923.08 | $1,923.08 | $ - | |
| Zachary Yuen | | Admin | $ - | $ - | $1,692.31 | $1,692.31 | $ - | |
| Total Administrative | | | $ - | $ 103,758.80 | $ 143,691.36 | $ 143,691.36 | $ - | |
| | | | | | | | | |
| PRIORITY: | | | | | | | | |
| Annalakshmi Rengasamy | | Priority | $ - | $ - | $2,626.93 | $2,626.93 | $ - | |
| Arul Raj | | Priority | $ - | $ - | $2,552.98 | $2,552.98 | $ - | |
| Aruna Vorkady Shankaranarayana | | Priority | $ - | $ - | $1,179.82 | $1,179.82 | $ - | |
| Ashok Konanki | | Priority | $ - | $ - | $1,995.38 | $1,995.38 | $ - | |
| Aswani Edavana | | Priority | $ - | $ - | $524.40 | $524.40 | $ - | |
| Basavaraj Krishnappanavar | | Priority | $ - | $ - | $1,498.82 | $1,498.82 | $ - | |
| Bhaskara Annayappa | | Priority | $ - | $ - | $2,316.14 | $2,316.14 | $ - | |
| Bharat Patel | | Priority | $ - | $ - | $1.19 | $1.19 | $ - | |
| Bushra Ghazal | | Priority | $ - | $ - | $981.43 | $981.43 | $ - | |
| Chaitra Shankar | | Priority | $ - | $ - | $1,595.97 | $1,595.97 | $ - | |
| Derril D'Souza | | Priority | $ - | $ - | $895.56 | $895.56 | $ - | |
| Fiaz Ahmed Kazi | | Priority | $ - | $ - | $1,694.34 | $1,694.34 | $ - | |
| Gaddam Bhagya Lakshmi | | Priority | $ - | $ - | $1,862.93 | $1,862.93 | $ - | |
| Gaurav Bagde | | Priority | $ - | $ - | $872.43 | $872.43 | $ - | |
| Gautam Kamar | | Priority | $ - | $ - | $870.62 | $870.62 | $ - | |
| Girish Ramesh Ravas | | Priority | $ - | $ - | $7,586.93 | $7,586.93 | $ - | |
| Hareesh Kumar Raju Addepallibalaraju | | Priority | $ - | $ - | $978.81 | $978.81 | $ - | |
| Harshawardhan Vipat | | Priority | $ 7,346.16 | $ - | $5,807.70 | $5,807.70 | $ - | |
| Jacob Harel | | Priority | $ 7,103.08 | $ - | $5,503.85 | $5,503.85 | $ - | |
| Jashitha Kunhi Parambath | | Priority | $ - | $ - | $810.90 | $810.90 | $ - | |
| Kamal Kumar Mukiri | | Priority | $ - | $ - | $2,535.84 | $2,535.84 | $ - | |
| Kirubasankar Madhaiyan | | Priority | $ - | $ - | $3,930.33 | $3,930.33 | $ - | |
| Kollapuram Ravi Tej | | Priority | $ - | $ - | $1,221.59 | $1,221.59 | $ - | |
| Manjunatha B.M | | Priority | $ - | $ - | $309.59 | $309.59 | $ - | |
| Manasa Dosapati | | Priority | $ - | $ - | $1,004.50 | $1,004.50 | $ - | |
| Navin Chandra Katta | | Priority | $ 7,346.16 | $ - | $5,807.70 | $5,807.70 | $ - | |
| Pallavi Mullakuri | | Priority | $ - | $ - | $801.63 | $801.63 | $ - | |
| Paul Sakamoto | | Priority | $ 7,038.46 | $ 22,615.52 | $5,423.08 | $5,423.08 | $ - | |
| Pavankumar Boyapati | | Priority | $ - | $ - | $1,455.88 | $1,455.88 | $ - | |
| Pradeep Anbumani | | Priority | $ - | $ - | $3,292.21 | $3,292.21 | $ - | |
| Prasanna Kumar Bolisetty Yeswanth Naga | | Priority | $ - | $ - | $3,035.46 | $3,035.46 | $ - | |
| Prasanth Chenikala | | Priority | $ - | $ - | $746.91 | $746.91 | $ - | |
| Puneet Kumar Sharma | | Priority | $ - | $ - | $1,464.15 | $1,464.15 | $ - | |
| Pushpa Unni | | Priority | $ 10,423.07 | $ - | $9,653.84 | $9,653.84 | $ - | |

| Creditor Name | Claim No. | Debt Type | Claim Scheduled | Claim Asserted | Claim Allowed | Claim Paid | Discharge Amount | Notes |
|---|---|---|---|---|---|---|---|---|
| Rajasri Venkatachalam Kanthavar | | Priority | $ - | $ - | $2,903.27 | $2,903.27 | $ - | |
| Ramana Reddy Kodakandla | | Priority | $ - | $ - | $1,670.61 | $1,670.61 | $ - | |
| Ramesh Babu Arepalli | | Priority | $ - | $ - | $3,250.13 | $3,250.13 | $ - | |
| Ravi Puvvala | 10 | Priority | $ 6,730.77 | $ - | $5,038.46 | $5,038.46 | $ - | |
| Ravi Puvvala | 18 | Priority | $ - | $ - | $41,000.00 | $41,000.00 | $ - | |
| Ravi Teja Nagamothu | | Priority | $ - | $ - | $957.43 | $957.43 | $ - | |
| Rishu Jain | | Priority | $ - | $ - | $4,664.46 | $4,664.46 | $ - | |
| Sasidhar Somipalli | | Priority | $ - | $ - | $7,159.04 | $7,159.04 | $ - | |
| Sathishkumar Arul | | Priority | $ - | $ - | $2,956.95 | $2,956.95 | $ - | |
| Saurabh Kashyap | | Priority | $ - | $ - | $3,010.31 | $3,010.31 | $ - | |
| Sean William Mooney | | Priority | $ 9,346.15 | $ - | $8,307.69 | $8,307.69 | $ - | |
| Shahul Hameed Abubakkar | | Priority | $ - | $ - | $3,021.48 | $3,021.48 | $ - | |
| Shreekanth Betarayappa | | Priority | $ - | $ - | $6,332.38 | $6,332.38 | $ - | |
| Sivatheja Reddy Nandimandalam | | Priority | $ - | $ - | $1,220.52 | $1,220.52 | $ - | |
| Spencer Rosen | | Priority | $ 7,346.16 | $ 18,087.20 | $5,807.70 | $5,807.70 | $ - | |
| Sridhar Vellenki Reddy | | Priority | $ - | $ - | $8,630.79 | $8,630.79 | $ - | |
| Srinivasan Venkatswamy | | Priority | $ - | $ - | $2,443.28 | $2,443.28 | $ - | |
| Sulaiman Usmani Feroze Usmani | | Priority | $ - | $ - | $1,151.15 | $1,151.15 | $ - | |
| Sunil Sheshachala | | Priority | $ - | $ - | $1,412.97 | $1,412.97 | $ - | |
| Surya Ganesh Nalamati | | Priority | $ - | $ - | $898.13 | $898.13 | $ - | |
| Thammineni Sravani | | Priority | $ - | $ - | $907.26 | $907.26 | $ - | |
| Tiji James | | Priority | $ - | $ - | $700.85 | $700.85 | $ - | |
| Tushar Manilal Ganatra | | Priority | $ - | $ - | $1,077.59 | $1,077.59 | $ - | |
| Udaya Vignesha Kadandelu | | Priority | $ - | $ - | $3,819.99 | $3,819.99 | $ - | |
| Varsha Tarani | | Priority | $ - | $ - | $1,820.27 | $1,820.27 | $ - | |
| Vibhuti Dewangan | | Priority | $ - | $ - | $970.28 | $970.28 | $ - | |
| Vijay Radhakrishnan | | Priority | $ - | $ - | $8,002.84 | $8,002.84 | $ - | |
| Youzhen April Lin | | Priority | $ 9,653.85 | $ - | $8,692.31 | $8,692.31 | $ - | |
| Zachary Yuen | | Priority | $ 10,115.39 | $ - | $9,269.23 | $9,269.23 | $ - | |
| **Total Priority** | | | $ 82,449.25 | $ 40,702.72 | **$229,937.21** | **$229,937.21** | $ - | |
| | | | | | | | | |
| **GENERAL UNSECURED:** | | | | | | | | 100% Allowed Claim Pd Unless Noted |
| American Express National Bank | 2 | GUC | $ 2,077.60 | $ 2,229.60 | $2,229.60 | $2,229.60 | $ - | |
| Arboretum II LLC | 17 | GUC | $ 19,448.72 | $ 44,687.44 | $ 19,447.27 | $14,585.79 | $ (4,861.48) | Claim Reduced and settled pursuant to Stipulation |
| Armanino LLP | | GUC | $ 19,941.25 | $ - | $14,955.93 | $14,955.93 | $ - | |
| Ashok Konanki | | GUC | $1,015.00 | $ - | $761.25 | $761.25 | $ - | |
| Bharat Patel | | GUC | $ 3,500.00 | $ - | $2,625.00 | $2,625.00 | $ - | |
| Bushra Ghazal | | GUC | $ 689.25 | $ - | $517.24 | $517.24 | $ - | |
| Citi Business Card | | GUC | $ 29,160.83 | $ - | $49,090.25 | $10,000.00 | $ (39,090.25) | Claim reduced pursuant to settlement. |
| Data Site LLC | 3 | GUC | $ 4,744.65 | $ 4,744.65 | $4,744.65 | $4,744.65 | $ - | |
| Faroog Ibrahim | 16 | GUC | | | $6,000.00 | $6,000.00 | $ - | |
| Fish & Richardson, P.C. | | GUC | $ 219.50 | $ - | $219.50 | $219.50 | $ - | |
| Flextronics Automotive Sales & Marketing | 15 | GUC | $ 1,315,472.00 | $ 2,400,000.00 | $1,352,776.00 | $767,298.06 | $ (585,477.94) | Claim reduced and settled by Stipulation - |
| Flextronics Automotive Sales & Marketing | | GUC | $ 498,528.00 | $ - | $293,225.00 | $11,729.00 | $ (281,496.00) | Claim reduced and settled by Stipulation - |
| Gaurav Bagde | | GUC | $ 758.60 | $ - | $569.25 | $569.25 | $ - | |
| Gautam Kamar | | GUC | $ 689.65 | $ - | $517.24 | $517.24 | $ - | |

| Creditor Name | Claim No. | Debt Type | Claim Scheduled | Claim Asserted | Claim Allowed | Claim Paid | Discharge Amount | Notes |
|---|---|---|---|---|---|---|---|---|
| GM Ventures LLC | 19 | GUC | $ 5,000,000.00 | $ 5,372,361.11 | $5,000,000.00 | $200,000.00 | $ (4,800,000.00) | Claim reduced and settled by Stipulation - |
| Harshawardhan Vipat | | GUC | $ 15,000.00 | $ - | $11,250.00 | $11,250.00 | $ - | |
| Jack Wong | | GUC | $ 340.00 | $ - | $340.00 | $340.00 | $ - | |
| Jacob Harel | 14 | GUC | $ - | $ 16,698.28 | $9,432.86 | $9,432.86 | $ - | Executive bonus claims reduced by Stipulation |
| Jashitha Kunhi Parambath | | GUC | $ 758.60 | $ - | $569.25 | $569.25 | $ - | |
| Jinan ShengAn Information Technology Co. | | GUC | $ 50,000.00 | $ - | $0 | $0 | $ - | Paid at closing pursuant to the APA with Harman - Not paid by Trustee |
| Kamal Kumar Mukiri | | GUC | $ 853.00 | $ - | $639.75 | $639.75 | $ - | |
| Law Assist | 68 | GUC | $ - | $ 1,346.85 | $1,346.85 | $1,346.85 | $ - | |
| Lynette Mandal | 74 | GUC | $ - | $ 400.00 | $400.00 | $400.00 | $ - | |
| Manasa Dosapati | | GUC | $ 689.65 | $ - | $517.24 | $517.24 | $ - | |
| Michael J. Williams, Esq. | | GUC | $ 600.00 | $0 | $450.00 | $450.00 | $ - | |
| Navin Chandra Katta | | GUC | $ 30,400.00 | $ - | $22,800.00 | $22,800.00 | $ - | |
| O'Melveny & Myers LLC | | GUC | $ 69,819.03 | $ - | $69,819.03 | $69,819.03 | $ - | |
| Pathi Mohan et. al. | | GUC | $ 712.52 | $ - | $712.52 | $712.52 | $ - | |
| Paul Sakamoto | 7 | GUC | $ - | $ 15,577.06 | $8,799.48 | $6,599.61 | $ (2,199.87) | Executive bonus claims reduced and settled by Stipulation |
| Pradeep Anbumani | | GUC | $ 827.50 | $ - | $620.63 | $620.63 | $ - | |
| Rajasri Venkatachalam Kanthavar | | GUC | $ 1,172.00 | $ - | $879.00 | $879.00 | $ - | |
| Ravi Puvvala | | GUC | $ 10,000.00 | $ 24,787.62 | $14,002.53 | $10,501.89 | $ (3,500.64) | Executive bonus claims reduced and settled by Stipulation |
| Raymond James & Associates | 4, 5, 6 | GUC | $ 45,386.94 | $ 1,520,386.94 | $1,520,387.00 | $862,367.43 | $ (658,019.57) | Claim reduced and settled by Stipulation - |
| Rishu Jain | | GUC | $ 1,172.00 | $ - | $879.38 | $879.38 | $ - | |
| Sasidhar Somipalli | | GUC | $ 929.00 | $ - | $696.75 | $696.75 | $ - | |
| Sean William Mooney | | GUC | $ 5,000.00 | $ - | $5,000.00 | $5,000.00 | $ - | |
| Shahul Hameed Abubakkar | | GUC | $ 827.50 | $ - | $620.63 | $620.63 | $ - | |
| Shreekanth Betarayappa | | GUC | $ 806.00 | $ - | $604.50 | $604.50 | $ - | |
| Silicon Valley Bank | | GUC | $ 342,450.00 | $ 345,237.16 | $0 | $0 | $ - | |
| Sivatheja Reddy Nandimandalam | | GUC | $ 689.65 | $ - | $517.24 | $517.24 | $ - | |
| Spencer Rosen | | GUC | $ 10,730.04 | $ - | $6,061.40 | $4,546.05 | $ (1,515.35) | Executive bonus claims reduced and settled by Stipulation |
| Sridhar Vellenki Reddy | | GUC | $ 1,024.00 | $ - | $768.00 | $768.00 | $ - | |
| Sunil Sheshachala | | GUC | $ 689.65 | $ - | $517.24 | $517.24 | $ - | |
| Tiji James | | GUC | $ 759.00 | $ - | $569.25 | $569.25 | $ - | |
| U.S. Small Business Administration | | GUC | $ 10,000.00 | $ - | $10,000.00 | $0 | $ (10,000.00) | PPP Loan forgiven June 3, 2021 |
| Varsha Tarani | | GUC | $ 1,015.00 | $ - | $761.22 | $761.22 | $ - | |
| Vectis Law Group | | GUC | $ 27,526.00 | $ - | $27,526.00 | $27,526.00 | $ - | |
| Vijay Radhakrishnan | | GUC | $ 1,134.00 | $ - | $850.50 | $850.50 | $ - | |
| Wenham Carter | | GUC | $ 30,000.00 | $ 30,000.00 | $15,000.00 | $15,000.00 | $ - | |
| Youzhen April Lin | | GUC | $ 10,000.00 | $ - | $7,500.00 | $7,500.00 | $ - | |
| Zachary Yuen | | GUC | $ 10,000.00 | $ - | $10,000.00 | $10,000.00 | $ - | |
| Total General Unsecured | | | $ 7,576,541.13 | $ 9,778,456.71 | $8,498,516.43 | $2,112,355.33 | $ (6,386,161.10) | |